AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>**SAN FRANCISCO DIVISION** |
| **OFFENSE CHARGED**<br>Title 18 U.S.C., Section 641 - Theft of Government Property<br>(Class A Misdemeanor)<br><br>PENALTY: Maximum Term of Imprisonment of One Year;<br>Maximum Fine $100,000;<br>Maximum Term of Supervised Release of One Year;<br>Mandatory Special Assessment of $100. | ☐ Petty<br>☐ Minor<br>☒ Misdemeanor<br>☐ Felony | **DEFENDANT - U.S**<br>▶ JANALE DIAMONDNESHA KING<br><br>**DISTRICT COURT NUMBER**<br>**CR 08 0102**<br><br>*FILED FEB 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*<br>*MAG* |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Department of Homeland Security - OIG

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance
Defendant Address:
2474 Griffith Street, San Francisco, CA 94124

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: March 19, 2008, 9:30am   Before Judge: Judge Spero

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JANALE DIAMONDNESHA KING,<br>  a/k/a Janalle Diamondnesha King,<br><br>  Defendant. | CR No. 08 0102<br><br>VIOLATIONS: 18 U.S.C. § 641- Theft of Government Funds (Class A Misdemeanor)<br><br>SAN FRANCISCO VENUE |

MAG

INFORMATION

The United States Attorney charges:

On or about January 18, 2006, in the Northern District of California, the defendant,

JANALE DIAMONDNESHA KING,
a/k/a Janalle Diamondnesha King,

stole, purloined, and knowingly converted to her use and that of another, money and things of value of the United States and of a department and agency thereof, specifically, Hurricane Katrina relief assistance from the Federal Emergency Management Agency (FEMA), in violation

INFORMATION

1  of Title 18, United States Code, Section 641, a Class A Misdemeanor.

3  DATED: February 26, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
DEREK R. OWENS
Assistant United States Attorney

INFORMATION                                    -2-