1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237 )
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California  94102
      Telephone:  (415) 436-6488
7     Fax:  (415) 436-7234
      Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   Case No. CR 08-0102 MAG
                                     )
14       Plaintiff,                  )
                                     )   **DECLARATION OF DEREK OWENS**
15  v.                               )   **IN SUPPORT OF UNITED STATES'**
                                     )   **MOTION FOR SUMMONS**
16  JANALE DIAMONDESHA KING,         )
                                     )
17       Defendant.                  )
                                     )

18

19  I, Derek Owens, hereby declare as follows:

20  1. I am an Assistant United States Attorney in the United States Attorney's Office and I am

21  assigned to the prosecution of this case. I have received the following information from officers

22  and agents employed by the United States Department of Homeland Security Office of the

23  Inspector General.

24  2. Hurricane Katrina hit the United States on August 25, 2005. Following the hurricane, the

25  federal government began distributing disaster relief to those people who were displaced or who

26  sustained property damage as a result of the hurricane. Janale Diamondesha King, a resident of

27  San Francisco, California, filed a Federal Emergency Management Agency (FEMA) application

28  in her name for disaster assistance on September 30, 2005, and subsequently received two FEMA

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0102 MAG

checks totaling $4,955.88.

3. In her application, King stated that: 1) her primary residence was 1229 St. Thomas Drive, New Orleans, Louisiana; 2) she was displaced to a hotel/motel after the hurricane; 3) her home was damaged by the disaster; 4) she had personal property damaged by the disaster; and 5) access to her home was restricted due to the disaster. The two FEMA checks were sent via U.S. mail, and were subsequently cashed by King on January 18, 2006, at a U.S. Bank branch in San Francisco, where she had an account.

4. In a written statement, King admitted to filing for and cashing the two FEMA checks addressed to her. King also admitted to assisting another individual in cashing two other FEMA checks on October 17, 2005, that were mailed to the other individual's residence in the fictitious last name of Lewis. The other individual signed the Lewis name on the checks and King signed her own name, and they split the total of $4,358 evenly.

5. King also admitted in her written statement that she never lived in Louisiana, and that she was living in San Francisco before, during, and after Hurricane Katrina. This is supported by King's San Francisco Housing Authority Lease for her residence at 2427 Griffith Street, San Francisco, where she has lived since April 17, 2003.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed March 5, 2008, at San Francisco, California.



DEREK OWENS
Assistant United States Attorney

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0102 MAG
-2-