FILED
2008 MAR -6  AM 11: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0102 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER FOR SUMMONS |
| v. | ) | |
| JANALE DIAMONDESHA KING, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Derek Owens, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant JANALE DIAMONDESHA KING, 2474 Griffith Street, San Francisco, California, 94124, appear on March 19, 2008, at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: March 6, 2008

JOSEPH C. Spero
United States Magistrate Judge Joseph C. Spero

ORDER FOR SUMMONS
Case No. CR 08-0102 MAG