rev. 8/31/07

| DOCUMENTS UNDER SEAL □ | | TOTAL TIME (mins): 2 M | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK  Karen L. Hom | REPORTER/FTR  FTR 10:36 -10:38 | |
| MAGISTRATE JUDGE  JOSEPH C. SPERO | DATE  April 4, 2008 | NEW CASE  □ | CASE NUMBER  CR08-0102 MAG |

### APPEARANCES

| DEFENDANT  Janale Diamondesha King | AGE | CUST  N | P/NP  NP | ATTORNEY FOR DEFENDANT  George Cotsirilos | PD. □  APPT. | RET. □  ☒ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY  Derek Owens | | INTERPRETER | | □ FIN. AFFT SUBMITTED | □ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR APPT'D COUNSEL □ | PARTIAL PAYMENT OF CJA FEES □ | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| □ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | ☒ STATUS |
|---|---|---|---|---|
| □ I.D. COUNSEL | □ ARRAIGNMENT | □ BOND HEARING | □ INITIAL APPEAR REV PROB OR S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | ☒ ~~CHANGE~~ PLEA  Enter- NH | □ PROB. REVOC. | ☒ ATTY APPT HEARING |

### INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY  $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED  □ CASH  $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| □ CONSENT ENTERED | ☒ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:  04/18/08 | ☒ ATTY APPT HEARING | □ BOND HEARING | □ STATUS RE: CONSENT Entry | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:  10:30 AM | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGN-MENT | ☒ ~~CHANGE~~ OF PLEA | ☒ OTHER  Status Re: Consent |
| BEFORE HON.  Judge Spero | □ DETENTION HEARING | | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

KLH, JCS

DOCUMENT NUMBER: