IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>                   Plaintiff,              )<br>                                                         )<br>vs.                                                  )<br>                                                         )<br>JANALE DIAMONDESHA KING, )<br>                                                         )<br>                                                         )<br>                   Defendant            )<br>_____) | No.  CR 08-0102 MAG<br>[PROPOSED] STIPULATION AND ORDER CONTINUING STATUS AND SETTING CONFERENCE |

      Good cause appearing, and the parties having stipulated thereto, IT IS HEREBY ORDERED, that the Status Conference and Setting in this matter, currently scheduled for May 16, 2008,  is continued until May 30, 2008 at 10:30 a.m.

      The parties agree and the Court hereby finds accordingly that the time from and including May 16, 2008 through and including May 30, 2008  shall properly be excluded in computing the time within which the trial of this cause must commence, pursuant Title 18, Sections 3161(h)(8)(A) and 3161(h)(8)(A)(iv), United States Code in that the ends of justice are served by such a continuance, which is needed to allow the defense the time necessary for

//

Stipulation and Order Continuing Status & Setting

- 1 -

1  effective preparation, taking into account the exercise of due diligence.

2

3

4

5  SO STIPULATED:

6

7

8  Dated:   May 14, 2008                                    /s/
                                                            DEREK OWENS
9                                                           Assistant United States Attorney

10

11

12

13
   Dated:   May 14, 2008                                    /s/
14                                                          GEORGE J. COTSIRILOS, JR.
                                                            Cotsirilos & Campisano LLP
15                                                          Attorneys for Defendant
                                                            JANALE DIAMONDESHA KING
16

17

18

19

20
   IT IS SO ORDERED.
21

22

23 Dated:
                                                            _____
                                                            HONORABLE JOSEPH C. SPERO
24                                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28
   Stipulation and Order Continuing Status & Setting
                                                       - 2 -