1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No.  CR 08-0102 MAG
                                        )    [PROPOSED] STIPULATION AND ORDER
12                    Plaintiff,        )    CONTINUING STATUS AND SETTING
                                        )    CONFERENCE
13   vs.                                )    _____
                                        )
14   JANALE DIAMONDESHA KING,           )
                                        )
15                                      )
                     Defendant          )
16   _____ )

17

18         Good cause appearing, and the parties having stipulated thereto, IT IS HEREBY

     ORDERED, that the Status Conference and Setting in this matter, currently scheduled for May
19
     16, 2008,  is continued until May 30, 2008 at 10:30 a.m.
20
           The parties agree and the Court hereby finds accordingly that the time from and
21
     including May 16, 2008 through and including May 30, 2008  shall properly be excluded in
22
     computing the time within which the trial of this cause must commence, pursuant Title 18,
23
     Sections 3161(h)(8)(A) and 3161(h)(8)(A)(iv), United States Code in that the ends of justice are
24
     served by such a continuance, which is needed to allow the defense the time necessary for
25
     //
26

27

28

     Stipulation and Order Continuing Status & Setting

1  effective preparation, taking into account the exercise of due diligence.

2

3

4

5  SO STIPULATED:

6

7

8  Dated:    May 14, 2008                          /s/
                                                   DEREK OWENS
9                                                  Assistant United States Attorney

10

11

12

13
   Dated:    May 14, 2008                          /s/
14                                                 GEORGE J. COTSIRILOS, JR.
                                                   Cotsirilos & Campisano LLP
15                                                 Attorneys for Defendant
                                                   JANALE DIAMONDESHA KING
16

17

18

19

20
   IT IS SO ORDERED.
21

22

23 Dated:  May 15, 2008
                                                   HONORABLE JOSEPH C. SPERO
24                                                 UNITED STATES MAGISTRATE JUDGE

25

26

27

28

Stipulation and Order Continuing Status & Setting